230 So.2d 834

**Edwin B. DUNCAN, d/b/a E. B. Duncan Drilling Contractor**

v.

**G. Wray GILL et al.**

**No. 50252.**

Feb. 23, 1970.

230 So.2d 834

**Edwin B. DUNCAN, d/b/a E. B. Duncan Drilling Contractor**

v.

**G. Wray GILL et al.**

**No. 50253.**

Feb. 23, 1970.

In re: Edwin B. Duncan, d/b/a E. B. Duncan Drilling Contractor applying for

certiorari or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 227 So.2d 376.

Writ denied. On the facts found by the Court of Appeal, we find no error of law in the judgment complained of.